No. 270. Prudence Company, Inc. *v.* Fidelity & Deposit Co. et al. May 18, 1936. It is ordered that the mandate of this Court in the above-entitled cause on file in the District Court of the United States for the

Southern District of New York be, and the same is hereby, recalled; and that said mandate be amended so as to give petitioner recovery for additional costs in the sum of $908.40, being the expenses incurred in furnishing records for the use of this Court.